IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DEVELOPERS SURETY AND INDEMNITY COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 1:11-cv-4457 ) |
| KIPLING HOMES, L.L.C. and EDWARD C. MATTOX, | ) ) ) |
| Defendants. | ) ) |

## MOTION FOR PROVE-UP AND ENTRY OF JUDGMENT

Developers Surety and Indemnity Company ("<u>DSIC</u>"), by its undersigned counsel, submits this Motion for Prove-Up and Entry of Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure against the Defendants Kipling Homes, L.L.C. and Edward C. Mattox (collectively, "<u>Defendants</u>") jointly and severally, and in support, states as follows:

1. DSIC brought this lawsuit against the Defendants arising out of an indemnity agreement between DSIC and the Defendants in which the Defendants agreed to indemnify DSIC from any and all liability arising out of claims on surety bonds issued on behalf of Defendant Kipling Homes, L.L.C. The lawsuit seeks an order requiring the Defendants to post $1,878,919.00 in collateral with DSIC.

2. On September 8, 2011, this Court granted DSIC's Motion for Entry of Default against the Defendants and set the matter for prove-up on September 22, 2011 at 9:00 a.m.

1

3. Since filing this lawsuit on June 30, 2011, DSIC has incurred liquidated losses of $1,241,384.10 and $45,946.37 in expenses which total $1,287,330.47 in losses under the surety bonds.  *See* Affidavit of James W. Kisner, attached as **Exhibit A**.

4. DSIC seeks entry of a judgment amount against the Defendants in the amount $1,287,330.47 and ordering the Defendants to post $591,588.53 in collateral with DSIC (this amount represents the original demand to post $1,878,919.00 in collateral when the lawsuit was filed minus the $1,287,330.47 loss.)  A proposed Judgment Order is attached as **Exhibit B.**

WHEREFORE, Developers Surety and Indemnity Company pray for entry of judgment against the Defendants Kipling Homes, L.L.C. and Edward C. Mattox in the amount of $1,287,330.47 and ordering the Defendants to post an additional $591,588.53 in collateral with DSIC.

DATED:  September 19, 2011                    Respectfully submitted,

                                                   **DEVELOPERS SURETY AND INDEMNITY COMPANY**

By:  /s/ Michael J. Dudek
      One of its attorneys

T. Scott Leo
Michael J. Dudek
1 North LaSalle Street, Suite 3600
Chicago, Illinois  60602
Telephone: (312) 857-0910

# CERTIFICATE OF SERVICE

      I hereby certify that on September 19, 2011 I caused copies of **Motion Prove-Up and Entry of Judgment** to be filed pursuant to the Federal Rules of Civil Procedure and Local Rules with the Clerk of the United States District Court, Northern District of Illinois, using the CM/ECF system. Copies will be served by certified mail by depositing copies of the same, at One North LaSalle Street, Chicago, Illinois, with proper postage pre-paid, upon the following:

| | |
|---|---|
| KIPLING HOMES, LLC | Edward C. Mattox |
| R.A.: Pasquale Selvaggio | 24844 Lake Forrest Lane |
| 611 W. Jefferson St., Ste 201 | Shorewood, Illinois 60431 |
| Shorewood, Illinois 60431 | |

                                            /s/ Michael J. Dudek
                                                One of his Attorneys

T. Scott Leo, ARDC # 03127352
Michael J. Dudek, ARDC # 6292744
Leo & Weber, P.C.
One N. LaSalle St., Suite 3600
Chicago, Illinois 60602
(312) 857-0910